A CERTIFIED TRUE COPY
FEB - 6 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB - 6 2007
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-81)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,632 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
FEB - 6 2007
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
FEB 14 2007
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.

# SCHEDULE CTO-81 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ARIZONA** | | |
| AZ 2 06-2998 | Patricia Richardson, etc. v. Merck & Co., Inc., et al. | EDLA 07-662 |
| AZ 2 06-2999 | Beverly Ann Wheeler v. Merck & Co., Inc., et al. | EDLA 07-663 |
| AZ 2 06-3000 | Robert A. Peel v. Merck & Co., Inc., et al. | EDLA 07-664 |
| AZ 2 06-3001 | Kenneth Millsap v. Merck & Co., Inc., et al. | EDLA 07-665 |
| AZ 2 06-3002 | Tammy Blau, etc. v. Merck & Co., Inc. | EDLA 07-666 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-7547 | Sharon J. Antivola, et al. v. Merck & Co., Inc. | EDLA 07-667 |
| CAC 2 06-7548 | Ruby Lois Moore Estate, etc. v. Merck & Co., Inc. | EDLA 07-668 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-2717 | Paul Zografos v. Merck & Co., Inc., et al. | EDLA 07-669 |
| ~~CAE 2 06-2829~~ | ~~Robert Lyon v. Merck & Co., Inc., et al.~~ **OPPOSED 2/5/07** | |
| ~~CAE 2 06-2830~~ | ~~Irene Lear v. Merck & Co., Inc., et al.~~ **OPPOSED 1/31/07** | |
| ~~CAE 2 06-2833~~ | ~~Allan J. English v. Merck & Co., Inc., et al.~~ **OPPOSED 1/31/07** | |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 3 06-7455~~ | ~~Dolores Lee Tazmon v. Merck & Co., Inc., et al.~~ **OPPOSED 1/31/07** | |
| CAN 5 06-7220 | Arthur Moore v. Merck & Co., Inc., et al. | EDLA 07-670 |
| **CALIFORNIA SOUTHERN** | | |
| CAS 3 06-2745 | Lyle Gene Nobles v. Merck & Co., Inc., et al. | EDLA 07-671 |
| CAS 3 06-2746 | Laveta Danette Thomas v. Merck & Co., Inc., et al. | EDLA 07-672 |
| CAS 3 06-2747 | Rose Marie Moody v. Merck & Co., Inc., et al. | EDLA 07-673 |
| CAS 3 06-2748 | David Lawrence Moody v. Merck & Co., Inc., et al. | EDLA 07-674 |
| CAS 3 06-2749 | Jessie M. Moody, etc. v. Merck & Co., Inc. | EDLA 07-675 |
| CAS 3 06-2750 | Kenneth Wesley Moody, etc. v. Merck & Co., Inc., et al. | EDLA 07-676 |
| CAS 3 06-2751 | John Wesley Moody v. Merck & Co., Inc., et al. | EDLA 07-677 |
| ~~CAS 3 07-13~~ | ~~Nancy Murphy v. Merck & Co., Inc., et al.~~ **OPPOSED 1/31/07** | |
| **FLORIDA MIDDLE** | | |
| FLM 5 06-420 | William Shires v. Merck & Co., Inc., et al. | EDLA 07-678 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 06-61764 | Margaret Plant v. Merck & Co., Inc. | EDLA 07-679 |
| FLS 0 06-61765 | Rose Barrett v. Merck & Co., Inc. | EDLA 07-680 |
| FLS 9 06-81099 | Donald Langelier v. Merck & Co., Inc., et al. | EDLA 07-681 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-6442 | Beverly Joan Suich v. Merck & Co., Inc. | EDLA 07-682 |
| ILN 1 06-6443 | Pamela Kavis, etc. v. Merck & Co., Inc., et al. | EDLA 07-683 |
| **KANSAS** | | |
| KS 6 06-1386 | Paul Scrivner v. Merck & Co., Inc. | EDLA 07-684 |
| **KENTUCKY WESTERN** | | |
| KYW 3 06-603 | Michael Garcia, etc. v. Merck & Co., Inc. | EDLA 07-685 |

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **LOUISIANA MIDDLE** | | |
| LAM  3  06-992 | Rene Bellon, et al. v. Merck & Co., Inc. | EDLA 07-686 |
| **MINNESOTA** | | |
| MN  0  06-4641 | Antar Torres v. Merck & Co., Inc. | EDLA 07-687 |
| MN  0  06-4642 | Victor Schafbuch, et al. v. Merck & Co., Inc. | EDLA 07-688 |
| MN  0  06-4659 | Bertha Deiter v. Merck & Co., Inc. | EDLA 07-689 |
| MN  0  06-4683 | Patrick James Lynaugh v. Merck & Co., Inc. | EDLA 07-690 |
| MN  0  06-4684 | Jennie Anderson v. Merck & Co., Inc. | EDLA 07-691 |
| MN  0  06-4685 | Lloyd Roethler v. Merck & Co., Inc. | EDLA 07-692 |
| MN  0  06-4686 | Deborah L. Petersen v. Merck & Co., Inc. | EDLA 07-693 |
| MN  0  06-4687 | Sonja Showalter v. Merck & Co., Inc. | EDLA 07-694 |
| MN  0  06-4697 | Dianne S. Thill, etc. v. Merck & Co., Inc. | EDLA 07-695 |
| MN  0  06-4877 | Christopher Cappuccilli, et al. v. Merck & Co., Inc., et al. | EDLA 07-696 |
| MN  0  06-4902 | Paul E. Lentini, etc. v. Merck & Co., Inc. | EDLA 07-697 |
| MN  0  06-5029 | Shirley J. Vineyard, et al. v. Merck & Co., Inc. | EDLA 07-698 |
| **MISSOURI EASTERN** | | |
| MOE  4  06-1709 | Thomas Cunningham v. Merck & Co., Inc. | EDLA 07-699 |
| MOE  4  06-1717 | Randle Smith v. Merck & Co., Inc. | EDLA 07-700 |
| **MISSISSIPPI NORTHERN** | | |
| MSN  4  07-3 | Linda Conger, etc. v. Merck & Co., Inc. | EDLA 07-701 |
| **NEW YORK EASTERN** | | |
| NYE  1  06-4341 | Belkis Dossous, etc. v. Merck & Co., Inc. | EDLA 07-702 |
| ~~NYE  1  06-6274~~ | ~~Vadim Gelman, et al. v. Merck & Co., Inc.~~   **OPPOSED 2/2/07** | |
| **NEW YORK SOUTHERN** | | |
| NYS  1  06-13496 | Meir Rotem v. Merck & Co., Inc. | EDLA 07-703 |
| NYS  1  06-13559 | Hector Cabrera, et al. v. Merck & Co., Inc. | EDLA 07-704 |
| NYS  1  06-13750 | Maria Gonzalez, etc. v. Merck & Co., Inc. | EDLA 07-705 |
| NYS  1  06-15529 | Neil O'Brien v. Merck & Co., Inc. | EDLA 07-706 |
| NYS  7  07-11 | Thomas Colavito, D.C. v. Merck & Co., Inc. | EDLA 07-707 |
| **OKLAHOMA EASTERN** | | |
| OKE  6  06-557 | Naomi Baker v. Merck & Co., Inc. | EDLA 07-708 |
| **OKLAHOMA NORTHERN** | | |
| OKN  4  06-650 | Terrence Clancy v. Merck & Co., Inc. | EDLA 07-709 |
| **OKLAHOMA WESTERN** | | |
| OKW  5  06-1320 | Donald Woods, etc. v. Merck & Co., Inc. | EDLA 07-710 |
| OKW  5  06-1321 | Ron Blevins, et al. v. Merck & Co., Inc. | EDLA 07-711 |
| OKW  5  06-1349 | Louis Pete Echelle, et al. v. Merck & Co., Inc. | EDLA 07-712 |
| OKW  5  06-1350 | Philo Gravitt v. Merck & Co., Inc. | EDLA 07-713 |
| OKW  5  06-1351 | Mike Foote, et al. v. Merck & Co., Inc. | EDLA 07-714 |
| OKW  5  06-1353 | Carlton Burk, et al. v. Merck & Co., Inc. | EDLA 07-715 |
| OKW  5  06-1360 | Karen Davison, etc. v. Merck & Co., Inc. | EDLA 07-716 |
| OKW  5  06-1361 | Ruby Holland, etc. v. Merck & Co., Inc. | EDLA 07-717 |
| OKW  5  06-1363 | Tommy Moore, et al. v. Merck & Co., Inc. | EDLA 07-718 |
| OKW  5  06-1374 | Duong Nguyen v. Merck & Co., Inc. | EDLA 07-719 |
| OKW  5  06-1378 | Mary Sue Norris, et al. v. Merck & Co., Inc. | EDLA 07-720 |
| OKW  5  06-1379 | Jim Wustruck v. Merck & Co., Inc. | EDLA 07-721 |
| OKW  5  06-1410 | Patricia A. Huff v. Merck & Co., Inc. | EDLA 07-722 |
| OKW  5  06-1438 | Willa Johnson v. Merck & Co., Inc. | EDLA 07-723 |
| OKW  5  07-7 | John Burrus v. Merck & Co., Inc. | EDLA 07-724 |
| OKW  5  07-8 | Jimmy Duke v. Merck & Co., Inc. | EDLA 07-725 |

SCHEDULE CTO-81 - TAG-ALONG ACTIONS (MDL-1657)                PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  06-5335 | Theresa Mahoney, etc. v. Merck & Co., Inc. | EDLA 07-726 |
| PAE  2  06-5427 | Gale Henderson v. Merck & Co., Inc. | EDLA 07-727 |
| **PENNSYLVANIA WESTERN** | | |
| PAW  2  06-1684 | Dorothy Janosky v. Merck & Co., Inc. | EDLA 07-728 |
| **SOUTH CAROLINA** | | |
| SC  3  06-3315 | Shireat Nelson, et al. v. Merck & Co., Inc. | EDLA 07-729 |
| SC  3  06-3316 | Loretta R. Cox, et al. v. Merck & Co., Inc. | EDLA 07-730 |
| SC  3  06-3318 | George M. Magruder, III, et al. v. Merck & Co., Inc. | EDLA 07-731 |
| **TEXAS EASTERN** | | |
| TXE  1  06-807 | Claudia Carter, et al. v. Merck & Co., Inc., et al. | EDLA 07-732 |
| **TEXAS NORTHERN** | | |
| TXN  2  06-344 | Rusty McDonald, etc. v. Merck & Co., Inc. | EDLA 07-733 |
| **TEXAS SOUTHERN** | | |
| TXS  1  06-198 | Raquel Ceballos, M.D., et al. v. Merck & Co., Inc., et al. | EDLA 07-734 |
| ~~TXS  7  06-357~~ | ~~Nora De Los Rios, et al. v. Merck & Co., Inc., et al.~~ **OPPOSED 1/31/07** | |
| **UTAH** | | |
| UT  1  06-148 | Cristobal Montoya, et al. v. Merck & Co., Inc. | EDLA 07-735 |
| UT  1  06-149 | Maria T. Chavez, et al. v. Merck & Co., Inc. | EDLA 07-736 |
| UT  2  06-1030 | Homer Engle v. Merck & Co., Inc. | EDLA 07-737 |
| UT  2  06-1031 | Donna Broce v. Merck & Co., Inc. | EDLA 07-738 |
| UT  2  06-1054 | L. Kim Hanson v. Merck & Co., Inc. | EDLA 07-739 |
| **WASHINGTON WESTERN** | | |
| WAW  2  06-1753 | Nicholas Jones, et al. v. Merck & Co., Inc. | EDLA 07-740 |
| **WEST VIRGINIA NORTHERN** | | |
| ~~WVN  5  06-151~~ | ~~Helen Jean Anderson, etc. v. Merck & Co., Inc., et al.~~ **OPPOSED 2/6/07** | |
| **WEST VIRGINIA SOUTHERN** | | |
| ~~WVS  2  06-1004~~ | ~~Paul Noe, et al. v. Merck & Co., Inc., et al.~~ **OPPOSED 2/6/07** | |
| ~~WVS  2  06-1005~~ | ~~Leota Faye Dickens v. Merck & Co., Inc., et al.~~ **OPPOSED 2/6/07** | |
| ~~WVS  3  06-1058~~ | ~~Madonna Armentrout, etc. v. Rite Aid of West Virginia, Inc.~~ **OPPOSED 2/6/07** | |